UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-3142

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS INC;
BLAKE ELLMAN; ALEXANDER DEMBOWSKI, Appellants

v.

ATTORNEY GENERAL NEW JERSEY;
SUPERINTENDENT NEW JERSEY STATE POLICE;
THOMAS WILLIVER, in his official capacity as
Chief of Police of the Chester Police Department;
JAMES B. O'CONNOR, in his official capacity as
Chief of Police of the Lyndhurst Police Department

(D.N.J. No. 3-18-cv-10507)

Present: **JORDAN, MATEY and ROTH, <u>Circuit Judges</u>**

1. Motion filed by Appellants to stay all proceedings pending the Supreme
   Court's Decision in N.Y. State Rifle & Pistol Association, Inc. v. City of N.Y.

2. Response by Appellees Attorney General New Jersey and Superintendent New
   Jersey State Police in Opposition to the Motion to stay all proceedings.

3. Reply by Appellants to the Response to the Motion to stay all proceedings.

Respectfully,
Clerk/AWI

_____ORDER_____

The foregoing motion by Appellants to stay all proceedings pending the Supreme Court's
decision in *N.Y. State Rifle & Pistol Association, Inc. v. City of N.Y.* is hereby
GRANTED. The parties are directed to file supplemental memoranda addressing the
impact of the Supreme Court's decision on this appeal within 14 days of the date the
Supreme Court issues its opinion

By the Court,

<u>s/ Kent A. Jordan</u>
Circuit Judge

Dated: April 22, 2020
Lmr/cc: All Counsel of Record