UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-3142

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS INC;
BLAKE ELLMAN; ALEXANDER DEMBOWSKI, Appellants

v.

ATTORNEY GENERAL NEW JERSEY;
SUPERINTENDENT NEW JERSEY STATE POLICE;
THOMAS WILLIVER, in his official capacity as
Chief of Police of the Chester Police Department;
JAMES B. O'CONNOR, in his official capacity as
Chief of Police of the Lyndhurst Police Department

(D.N.J. No. 3-18-cv-10507)
_____

SUR PETITION FOR REHEARING
_____

Present: SMITH, Chief Judge, McKEE, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS,
PORTER, MATEY, PHIPPS, and ROTH,* Circuit Judges

     The petition for rehearing filed by appellants in the above-entitled case having
been submitted to the judges who participated in the decision of this Court and to all the
other available circuit judges of the circuit in regular active service, and no judge who
concurred in the decision having asked for rehearing, and a majority of the judges of the
circuit in regular service not having voted for rehearing, the petition for rehearing by the
panel and the Court en banc, is DENIED.  Judges Jordan, Hardiman, Bibas, Porter, Matey
and Phipps would have granted the petition.

BY THE COURT

  s/  Kent A. Jordan
Circuit Judge

_____
*Judge Roth's vote is limited to panel rehearing only.

DATED: 25 November 2020

AWI/CC:    MAN, JWP, DLS, JPS, JF,
           JF, SMF, BEL, EAS, GCJ,
           JA, JGSG, MSC,