UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 12, 2019
CCO-013

## No. **19-3142**

ASSOCIATION OF NEW JERSEY
RIFLE AND PISTOL CLUB, INC., et al, Appellants

v.

ATTORNEY GENERAL NEW JERSEY, et al.

(D.N.J. No. 3-18-cv-10507)

Present:  JORDAN, KRAUSE and MATEY, Circuit Judges

1. Motion by Appellees Attorney General New Jersey and Superintendent New Jersey State Police for Summary Action to affirm the District Court's 07/29/2019 Order granting Summary Judgment

2. Response by Appellants in Opposition to the Motion for Summary Action

3. Reply by Appellees Attorney General New Jersey and Superintendent New Jersey State Police to Response to Motion for Summary Action

Respectfully,
Clerk/awi

_____ORDER_____

The foregoing motion for summary action is hereby DENIED.

By the Court,

s/  Kent A. Jordan
Circuit Judge

Dated: 18 November 2019
AWI/CC:    MAN, JWP, CLR, JPS, JF, SMF, BEL, EAS, GCJ, JA